# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-1963V

MEGAN SHIPMAN,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: July 25, 2024

*Robert H. Pedroli, Jr., Pedroli & Gauthier, LLC, Clayton, MO, for Petitioner.*

*Voris Edward Johnson, U.S. Department of Justice, Washington, DC, for Respondent.*

## ORDER CONCLUDING PROCEEDINGS[1]

On July 23, 2024, the Respondent filed a Joint Stipulation of Dismissal in the above-captioned case. ECF No. 34.

Pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

In addition, and before the aforementioned Joint Stipulation was filed, Petitioner filed a Notice of Voluntary Dismissal. However, because Respondent had already filed a Rule 4 Report in this claim on February 23, 2023, Petitioner could not procedurally

---

[1] Because this Order Concluding Proceedings contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Order Concluding Proceedings will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

voluntarily dismiss the case. Vaccine Rule 21(a)(1)(A).[2] Accordingly, **Petitioner's Notice of Voluntary Dismissal, ECF No. 33, is hereby stricken from the record**.


**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[2] On July 17, 2024, the OSM Staff Attorney procedurally managing this SPU claim, engaged in an informal email communication with Petitioner's counsel (copying Respondent's counsel) to advise Petitioner's Notice of Voluntary Dismissal was improper, and provided information on alternative ways to exit the Vaccine Program.